**No. 68924.**—Robert E. Landweer & Co., Inc., and Nordby Supply Company *v.* United States, protest 63/9435 (Seattle).

Opinion by NICHOLS, J.   In accordance with stipulation of counsel that the merchandise consists of plastic gill net floats similar in all material respects to those the subject of *Robert E. Landweer & Co.* and *Seattle Marine & Fishing Supply Co.* v. *United States* (47 Cust. Ct. 35, C.D. 2276), the claim of the plaintiffs was sustained.

BEFORE THE FIRST DIVISION, DECEMBER 8, 1964

**No. 68925.**—M. C. Liss & Co. et al. *v.* United States, protests 64/473, etc. (New York).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of glass or plastic articles similar in all material respects to those the subject of Abstracts 64185 and 67488, respectively, the claim of the plaintiffs was sustained.